1  ERIC GRANT
   United States Attorney
2  ROBERT C. ABENDROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00271-DC |
| Plaintiff, | STIPULATION RESETTING DATE FOR DETENTION HEARING AND [PROPOSED] ORDER |
| v. | |
| RAUDEL GONZALO MEZA QUINONEZ, Defendant. | |

**STIPULATION**

1. By previous order, a detention hearing in this matter was set before the Honorable Dina M. Coggins for January 9, 2026, and the Court ordered the defendant to file a brief concerning issues pertinent to the Bail Reform Act on January 7, 2026.

2. By this stipulation, and to accommodate a scheduling conflict for defense counsel, the parties now request that the Court reset the detention hearing in this matter to January 16, 2026 at 9:00 AM. Additionally, the parties request that the defense brief in this matter be due on or before Thursday, January 8, 2026.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated: January 7, 2026

ERIC GRANT
United States Attorney

*/s/ ROBERT C. ABENDROTH*
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated: January 7, 2026

By: */s/ Linda C. Harter*
LINDA C. HARTER
Counsel for Raudel Gonzalo Meza Quinonez

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 7, 2026 (Doc. No. 121), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the detention hearing scheduled for January 9, 2026, is VACATED and RESET for January 16, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Additionally, the deadline for the defendant to file a response to the government's motion for revocation of the Magistrate Court Order authorizing pretrial release set for January 7, 2026, is VACATED and RESET for January 8, 2026. The defendant's response shall be filed no later than 4:00 p.m. on January 8, 2026.

IT IS SO ORDERED.

Dated:   **January 7, 2026**

Dena Coggins
United States District Judge