UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 20, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAUDEL GONZALO MEZA QUINONEZ,

        Defendant.

Case No.  2:23-cr-00271-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAUDEL GONZALO MEZA QUINONEZ, Case No.  2:23-cr-00271-DC , Charge 18 U.S.C. § 1962 from custody for the following reasons:

        Release on Personal Recognizance

 x  Bail Posted in the Sum of $ _____

    x    Unsecured Appearance Bond $  100,000.00

    x    Secured Appearance Bond of $30,000.00 received 1/16/26.

        Appearance Bond with Surety

        Corporate Surety Bail Bond

    x    (Other):  Released forthwith at 8:30am on 1/20/2026 following posting of a secured bond. Defendant must directly report to the Pretrial Services Office located in Sacramento.

Issued at Sacramento, California on January 20, 2026 at  9:00 AM.

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney